**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 339 MAL 2018

             Respondent            :

                          :   Petition for Allowance of Appeal from
                          :   the Order of the Superior Court

             v.                 :

                          :

DENESHYA AUGUSTA POOLE,      :

                          :

            Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.